# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

EARVIN EALY,

    **Plaintiff,**

v.                                  **Case No. 5:17cv304-TKW-EMT**

CORIZON, et al.,

    **Defendants.**

_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 12) and the objections filed by Plaintiff (Doc. 15). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that the federal claims in the second amended complaint are due to be dismissed for failure to state a claim upon which relief may be granted and that the Court should decline to exercise supplemental jurisdiction over the state law claims asseted by Plaintiff. Accordingy, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The federal claims in the second amended complaint are **DISMISSED with prejudice.**

3.      The state law claims in the second amended complaint are **DISMISSED without prejudice** to Plaintiff refiling those claims in state court.

4.      The Clerk shall close the case file.

**DONE and ORDERED** this 22nd day of November, 2019.


*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**